IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**BOBBY HERRON**                                                                                      **PETITIONER**

v.                                              No. 4:25-CV-011-SA-JMV

**LINDA DURR, et al.**                                                            **RESPONDENTS**

**ORDER**

The Petitioner, Bobby Herron has submitted a petition on a 42 U.S.C. § 1983 form. However, based on the relief sought, the court construes this pleading as a petition for a writ of *habeas corpus* under 28 U.S.C. § 2241, and should be converted to such. The Petitioner is **DIRECTED** to use the court's standard form for such petitions. The court uses these forms for the expeditious administration of *habeas corpus* petitions. As such, the petitioner must complete and return the enclosed form within 21 days. Failure to do so may lead to the dismissal of this case without prejudice. Further, the Clerk is **ORDERED** to convert this case to a habeas pleading.

**SO ORDERED**, this, the 23rd day of January, 2025.

                                                                         s/ Jane M. Virden
                                                                         UNITED STATES MAGISTRATE JUDGE