IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**BOBBY HERRON**     **PETITIONER**

**V.**     **CIVIL ACTION NO. 4:25-CV-00011-MPM-JMV**

**LINDA DURR, DIRECTOR OF MDOC RECORDS DEPT, et al.**     **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, Respondents' motion [16] to dismiss is **GRANTED**, and the instant habeas corpus petition is hereby **DISMISSED with prejudice**. This case is **CLOSED**.

**SO ORDERED** this, the 1st day of July, 2025.

                                        /s/Michael P. Mills
                                        **UNITED STATES DISTRICT JUDGE**
                                        **NORTHERN DISTRICT OF MISSISSIPPI**